DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC A. WILLNER,**
Appellant,

v.

**AVAIL HOLDING LLC,** a Delaware limited liability company,
**BERMUDA ISLES AT BOCA RIO HOMEOWNERS ASSOCIATION, INC.,**
**CYPRESS LAKES AT BOCA RIO HOMEOWNERS ASSOCIATION, INC.**
and **BOCA RIO TOWNHOME ASSOCIATION, INC.,**
Appellees.

No. 4D17-3532

[June 28, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502017CA000928XXXXMB.

F. Scott Fistel of Fistel Law Group, P.A., Fort Lauderdale, for appellant.

Melisa Manganelli of Law Offices of Mandel, Manganelli & Leider, P.A., Boca Raton, for appellee Avail Holding LLC.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***